An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN D. CRONK, PA-C,
Appellant,
vs.
MICHELLE LINDSEY, INDIVIDUALLY
AND AS PERSONAL
REPRESENTATIVE AND SPECIAL
ADMINISTRATOR OF THE ESTATE
OF JONATHAN K. LINDSEY,
DECEASED,
Respondents.

No. 62277

**FILED**

JUL 3 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. James M. Bixler, District Judge
Richard A. Harris, Settlement Judge
Alverson Taylor Mortensen & Sanders
Law Office of Daniel S. Simon
Christiansen Law Offices
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-22578